UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON PERCELL GRAY, SR.                       CIVIL ACTION

VERSUS                                          NO. 15-1463

TED RAYMOND, ET AL.                             SECTION "R" (2)


## ORDER AND REASONS

Plaintiff Brandon Percell Gray, Sr. filed this pro se and in forma pauperis civil action pursuant to 42 U.S.C. § 1983. The Court has reviewed de novo plaintiff's complaint[1] and supplement,[2] plaintiff's letter to the court,[3] the applicable law, the Magistrate Judge's Report and Recommendation,[4] and plaintiff's objection.[5] The Magistrate Judge's Report is correct, and plaintiff offers no meaningful new argument in his objection. The Court therefore approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

---

[1] R. Doc. 1.
[2] R. Doc. 11.
[3] R. Doc. 27.
[4] R. Doc. 28.
[5] R. Doc. 29.

Accordingly: (1) the previously imposed stay is LIFTED; (2) plaintiff's motion to amend is denied; and (3) plaintiff's claims are DISMISSED WITH PREJUDICE to their being asserted again until the *Heck* conditions are met.

New Orleans, Louisiana, this __19th__ day of April, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE